856

No. 74–6631. FARMER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–6634. BAKER, AKA WILLIAMS *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied. 

No. 74–6635. MARTIN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 74–6636. EAGAN, AKA GRIFFITH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 74–6637. JACKSON *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 74–6638. SMITH *v.* MONTANYE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 74–6639. JIMENS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 74–6640. WRIGHT *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. 

No. 74–6641. WOKOJANCE *v.* MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 6th Cir. Certiorari denied.

No. 74–6644. McKENDRICK *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 74–6645. EPPERSON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 74–6646. TWEED *v.* OREGON. Ct. App. Ore. Certiorari denied.